

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-CR-0064 |
|---|---|---|
|  | * | 18 U.S.C. §§ 242, 1001, 2 |
| VERSUS | * |  |
|  | * | JUDGE WALTER |
| JEREMY HATLEY | * | MAGISTRATE JUDGE HANNA |

### STIPULATED FACTUAL BASIS FOR GUILTY PLEA

The UNITED STATES OF AMERICA, through the undersigned attorneys, and the Defendant, JEREMY HATLEY, represented by his undersigned counsel, Mr. Donald Washington, agree that the following statement of facts is true and that the government could prove these facts beyond a reasonable doubt at trial:

The Defendant admits that, while acting under color of law and while aided and abetted by others, he willfully deprived S.S., a pre-trial detainee, of the right not to be deprived of liberty without due process of law, which includes the right to be free from the use of excessive force amounting to punishment by a law enforcement officer, in violation of Title 18, United States Code, Section 242 and Section 2.

The Defendant also admits that he knowingly and willfully made materially false statements and representations in a matter within the jurisdiction of the FBI, an agency of the executive branch of the United States in violation of Title 18, United States Code, Section 1001.

The Defendant was employed by the Iberia Parish Sheriff's Office (IPSO) since 2007, and served as a Sergeant in the K-9 Unit in 2011.

On April 29, 2011, the Defendant was called to the Iberia Parish Jail (IPJ) to assist with a shakedown. During the course of the shakedown, the Defendant went to the chapel of the jail with his K-9 Unit, a place not covered by the jail's video surveillance system. Inside the chapel with the Defendant were agents from the Narcotics Unit, an IPJ supervisor and an inmate, S.S. As he sat in the chapel, the Defendant understood that the Narcotics Agent intended to use unlawful force against inmate S.S. to punish him. The Defendant watched as the Narcotics Agent with the flashlight placed the flashlight between his own legs and forced S.S. to mimic performing fellatio on the flashlight, shoving the flashlight into S.S.'s mouth until S.S. began to choke. The assault occurred while S.S. was compliant, kneeling on the chapel floor, and presenting no threat to anyone. The Defendant watched and did nothing to stop the Narcotics Agent's assault on S.S., even though he knew he had a duty to intervene and he had the opportunity to do so.

On or about December 11, 2015, the Defendant told an FBI agent investigating beatings that occurred in the chapel of the Iberia Parish Jail on April 29, 2011, that he had never seen any detainees abused in the chapel of the IPJ. In truth and in fact, as the Defendant then well knew, he was present in the chapel on April 29, 2011, when officers abused S.S., a pre-trial detainee, and a Narcotics Agent forced a flashlight into the detainee's mouth and forced him to simulate performing oral sex on the flashlight.

Both the United States and the Defendant do hereby stipulate and agree that the above facts are true, and that they set forth a sufficient factual basis for the crime to which the Defendant is pleading guilty. Both the United States and the Defendant also agree that this factual basis does not contain all of the relevant information known to the Defendant. This is a sufficient factual basis, but it is not an exhaustive statement by the Defendant.

READ AND APPROVED this 24th day of March, 2016.

JEREMY HATLEY
Defendant

DONALD W. WASHINGTON
LA Bar #21402
Jones Walker
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7600
Counsel for Defendant

STEPHANIE A. FINLEY
United States Attorney

By: JOSEPH JARZABEK (LA Bar #07240)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

VANITA GUPTA
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Rights Division

By: _____
MARK BLUMBERG (Maryland Bar)
Special Litigation Counsel

By: _____
TONA BOYD (CA Bar #270975)
Trial Attorney
950 Pennsylvania, Ave, NW
Washington, DC 20530
Telephone: (202) 616-3120