# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ACTION NO. 6:16-cr- 0064-01** |
| **VERSUS** | **JUDGE WALTER** |
| **JEREMY HATLEY (01)** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATION
### ON FELONY GUILTY PLEA
### BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocution of the defendant, Jeremy Hatley, on March 24, 2016.  The defendant was present with his counsel Donald W. Washington.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that his guilty plea is knowing and voluntary, and that his guilty plea to Counts One and Two of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offenses.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Jeremy Hatley, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Jeremy Hatley be finally adjudged guilty of the offense charged in Counts One and Two of the Bill of Information.

The defendant waived the fourteen day period within which to file written objections to this Report and Recommendation. Accordingly, the District Court may immediately adopt this Report and Recommendation, thereby accepting the defendant's guilty plea.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the 18th day of April, 2016.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**