RECEIVED

APR 1 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 6:16-cr- 0064-01 |
| VERSUS | JUDGE WALTER |
| JEREMY HATLEY (01) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Jeremy Hatley, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Jeremy Hatley is finally adjudged guilty of the offenses charged in Counts One and Two of the Bill of Information.

THUS DONE AND SIGNED, in chambers, in ~~Lafayette~~ Shreveport, Louisiana, on this 18 day of April, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE